IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GALLUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   8:10-cv-00232-LSC-FG3 |
| CARPENTERS DISTRICT COUNCIL | ) |
| OF KANSAS CITY & VICINITY, | )   ORDER |
| | ) |
| Defendant. | ) |
| | ) |

Upon notice of settlement given to the Deputy Clerk,

**IT IS ORDERED:**

1. On or before **December 6, 2010**, counsel for the plaintiff shall file a motion for dismissal or a dispositive stipulation, and shall submit a draft order which will fully dispose of the case to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. All pending deadlines, including answer deadlines, including the Rule 26(f) reporting deadline, are suspended upon the representation that this case is settled.

**DATED November 5, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**