# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GALLUP, Inc., a Delaware Corporation,** | ) ) ) | **CASE NO. 8:10CV232** |
| **Plaintiff,** | ) ) | |
| v. | ) ) ) | **ORDER AND FINAL JUDGMENT** |
| **CARPENTERS DISTRICT COUNCIL OF KANSAS CITY & VICINITY,** | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Motion and Stipulation for Dismissal (Filing No. 14). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Motion and Stipulation for Dismissal (Filing No. 14) is granted;

2. This action is dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fees.

DATED this 6th day of January, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge